IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| v.   Case No. 6:14-cr-60011<br>Case No. 6:17-cv-6012 | |
| NICHOLAS TOLERSON | DEFENDANT/PETITIONER |

## ORDER

Before the Court is the Report and Recommendation filed May 24, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 83. Judge Ford recommends that Tolerson's Motion Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 77) be denied and dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Tolerson's Motion Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 77) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge